Chicago Title and Trust Company, as Trustee Under Trust Agreement Dated May 29, 1963, and Known as Trust No. 45671, Plaintiff-Appellee, v. The County of Cook, a Body Politic and Corporate, Defendant-Appellant, and Village of Mount Prospect, a Municipal Corporation, and the Village of Arlington Heights, a Municipal Corporation, Defendant-Intervenors-Appellants.

Gen. No. 50,393. 

First District, Second Division.

February 15, 1966.

Rehearing denied March 21, 1966.

Daniel P. Ward, State's Attorney of Cook County, of Chicago (Edward J. Hladis, Chief of Civil Division, and Thomas A. Hett, Assistant State's Attorney, of counsel), for appellant; Jack M. Siegel and Ross, Hardies, O'Keefe, Babcock, McDugald & Parsons and Edward C. Hofert, of Chicago (Jack M. Siegel, of counsel), for intervenors-appellants; Haskins, Maguire and Haskins, of Chicago (Robert E. Haskins and C. W. Eckert, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.